UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Anne Bosse</u>

        v.                          Civil No. 11-cv-69-LM

<u>The Schreiber Law Firm, LLC</u>

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.

March 29, 2011                                <u>/s/ Landya B. McCafferty</u>
                                                       Landya B. McCafferty
                                                       United States Magistrate Judge

cc:    Rosanna T. Fox, Esq.